IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIBERTO L. BALDOZA, et al.,

    Plaintiffs,

  v.

BANK OF AMERICA, N.A., et al.,

    Defendants.

Case No.: C-12-05966 JCS

**ORDER TO SHOW CAUSE**

In their Complaint, Plaintiffs allege six causes of action. All causes of action are California state law claims. In their first cause of action for wrongful foreclosure, Plaintiffs identify ReconTrust Company, N.A. ("Recon") as the defendant responsible for initiating the foreclosure on their property. Complaint, ¶¶ 30-32. In their third cause of action for fraud, Plaintiffs allege that Recon knowingly filed a fraudulent Notice of Default and Notice of Trustee's Sale. *Id*. at ¶ 41. In their fourth cause of action, Plaintiffs request cancelation of, among other documents, the Notice of Default and the Notice of Trustee's Sale filed by Recon. *Id*. at ¶ 47. In their fifth cause of action for violation of California Business and Professions Code Section 17200 *et seq*. ("UCL"), Plaintiffs allege that Recon engaged in a variety of unlawful and fraudulent business practices and seek to enjoin Recon from further violating the UCL. *Id*. at ¶¶ 54, 56, 59.

The only asserted basis for federal subject matter jurisdiction is the complete diversity of the parties. *Id*. at ¶ 6. Plaintiffs state that they "reside, and are domiciled in, Newark, California." *Id*. at ¶ 1. Plaintiffs state that Recon's "main offices [are] located at 1800 Tapo Canyon Road, Simi Valley, CA." *Id*. at ¶ 3. Based on the above, IT IS HEREBY ORDERED that Plaintiffs appear on January

11, 2013 at 9:30 a.m. before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause why this action should not be dismissed for lack of federal subject matter jurisdiction. Any written response to the Order to Show Cause shall be filed on or before January 4, 2013.

    IT IS SO ORDERED.

Dated: December 14, 2012

_____

JOSEPH C. SPERO
United States Magistrate Judge