**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Robert J. Esposito, California Bar No. 267031
Andrea M. Hicks, California Bar No. 219836
George H. Keller, California Bar No. 178970
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
Email:        scott.greene@bryancave.com
              robert.esposito@bryancave.com
              andrea.hicks@bryancave.com
              kellerg@bryancave.com

Attorneys for Defendants
BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as Trustee for ALTERNATIVE LOAN TRUST 2006-OA14, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OA14; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONORA O. BALDOZA and ERIBERTO L. BALDOZA<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as Trustee for ALTERNATIVE LOAN TRUST 2006-OA14, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OA14; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>　　　　　　Defendant(s). | Case No.: 3:12-CV-05966 JCS<br><br>Hon. Joseph C. Spero<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  November 21, 2012<br>Trial Date:       Not Assigned |

SF01DOCS\117830.1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 3:12-CV-05966 JCS

1  Plaintiffs LEONORA O. BALDOZA and ERIBERTO L. BALDOZA ("Plaintiffs") and
2  Defendants BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON f/k/a THE
3  BANK OF NEW YORK, as Trustee for ALTERNATIVE LOAN TRUST 2006-OA14,
4  MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OA14; and MORTGAGE
5  ELECTRONIC REGISTRATION SYSTEMS, INC. ("Defendants") (Plaintiffs and Defendants are
6  referred to collectively herein as the "Parties"), by and through their counsel of record, hereby
7  stipulate as follows.
8  WHEREAS, the Complaint was filed by Plaintiffs on November 21, 2012 in United States
9  District Court; and
10  WHEREAS, the Complaint was served on Defendants on November 29, 2012; and
11  WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Defendants'
12  responsive pleading is due on December 21, 2012; and
13  WHEREAS, Northern District of California Local Rule 6-1(a) provides that the parties
14  may stipulate to extend the time within which to answer or otherwise respond to a Complaint
15  without a court order;
16  NOW, THEREFORE the undersigned Parties stipulate that the time for Defendants to
17  move against, answer, or otherwise respond to Plaintiffs' Complaint be extended to and include
18  Monday, January 14, 2013.
19  This stipulation may be executed in counterparts, including by signature by facsimile or
20  electronically.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

SF01DOCS\117830.1                               1
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 3:12-CV-05966 JCS

| | | |
|---|---|---|
| 1 | Dated: December 20, 2012 | **BUSINESS AFFAIRS CONSULTANTS, INC.**<br>Christopher P. Epsha |
| 2 | | |
| 3 | | By: *(signature)* Christopher P. Epsha |
| 4 | | Christopher P. Epsha<br>Attorneys for Plaintiffs |
| 5 | | LEONORA O. BALDOZA and<br>ERIBERTO L. BALDOZA |
| 6 | | |
| 7 | | |
| 8 | Dated: December 20, 2012 | **BRYAN CAVE LLP**<br>C. Scott Greene |
| 9 | | Robert J. Esposito<br>Andrea M. Hicks |
| 10 | | George H. Keller |
| 11 | | By: *(signature)* |
| 12 | | George H. Keller<br>Attorneys for Defendants |
| 13 | | BANK OF AMERICA, N.A.; THE BANK OF<br>NEW YORK MELLON f/k/a THE BANK OF |
| 14 | | NEW YORK, as Trustee for ALTERNATIVE<br>LOAN TRUST 2006-OA14, MORTGAGE |
| 15 | | PASS-THROUGH CERTIFICATES SERIES<br>2006-OA14; and MORTGAGE ELECTRONIC |
| 16 | | REGISTRATION SYSTEMS, INC. |
| 17 | | |
| 18 | Dated: 12/21/12 | |

**IT IS SO ORDERED**
*(signature)*
Judge Joseph C. Spero

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA (seal)*

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105