**BRYAN CAVE LLP**
Andrea M. Hicks, California Bar No. 219836
Margaret K. Thies, California Bar No. 283408
George H. Keller, California Bar No. 178970
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         andrea.hicks@bryancave.com
                  peggy.thies@bryancave.com
                  kellerg@bryancave.com

Attorneys for Defendants
BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as Trustee for ALTERNATIVE LOAN TRUST 2006-OA14, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OA14; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONORA O. BALDOZA and ERIBERTO L. BALDOZA<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as Trustee for ALTERNATIVE LOAN TRUST 2006-OA14, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OA14; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>Defendant(s). | Case No.: 3:12-CV-05966 JCS<br><br>Hon. Joseph C. Spero<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current Hearing Date:<br>Date:    March 1, 2013<br>Time:   1:30 p.m.<br>Place:  Courtroom G – 15th Floor<br>          United States District Court<br>          450 Golden Gate Avenue<br>          San Francisco, CA 94102<br><br>Requested Continued Hearing Date:<br>Date:    April 5, 2013<br>Time:   1:30 p.m.<br>Place:  Courtroom G – 15th Floor<br><br>Complaint Filed:  November 21, 2012<br>Trial Date:           Not Assigned |

SF01DOCS\126822.1

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:12-CV-05966 JCS

1    This Joint Stipulation To Continue the Case Management Conference ("Stipulation"),
2 agreed to by Plaintiffs LEONORA O. BALDOZA and ERIBERTO L. BALDOZA ("Plaintiffs")
3 and Defendants BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON f/k/a THE
4 BANK OF NEW YORK, as Trustee for ALTERNATIVE LOAN TRUST 2006-OA14,
5 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OA14; and MORTGAGE
6 ELECTRONIC REGISTRATION SYSTEMS, INC. ("Defendants"), is entered into as of the date
7 specified below.
8    WHEREAS, Defendants have filed a Motions to Dismiss Plaintiffs' Complaint under
9 Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim ("Motion"); and
10    WHEREAS, a hearing on the Motion is scheduled in this Court for March 15, 2013 at 9:30
11 a.m.
12    NOW, THEREFORE, in consideration of the foregoing and subject to approval of the
13 Court, Plaintiffs and Defendants hereby stipulate and agree as follows:
14    1.    The Case Management Conference set for March 1, 2013 should be continued to
15 April 5, 2013 or as soon thereafter as the Court deems suitable in accordance with the Court's
16 calendar;
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

2.   Nothing in this Stipulation constitutes (a) a determination regarding the validity, or defenses of any party, or (b) a waiver of any right of any party hereto.

Dated: February 22, 2012       **BRYAN CAVE LLP**
Andrea M. Hicks
Margaret K. Thies
George H. Keller

By: /s/ *George H. Keller*
George H. Keller
Attorneys for Defendants
BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as Trustee for ALTERNATIVE LOAN TRUST 2006-OA14, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OA14; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

Dated: February 22, 2012       **BUSINESS AFFAIRS CONSULTANTS, INC.**
Christopher P. Epsha

By: /s/ *Christopher P. Epsha*
Christopher P. Epsha
Attorneys for Plaintiffs
LEONORA O. BALDOZA and
ERIBERTO L. BALDOZA

Dated: 2/25/13

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA