Business Affairs Consultants Inc., ALC
Christopher P. Epsha (SBN 202089)
1800 Century Park East Suite 600
Los Angeles, California 90067
Tel:     310-229-5921
Fax:    888-779-6561

Attorneys for Plaintiffs
LEONORA O. BALDOZA and
ERIBERTO L. BALDOZA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONORA O. BALDOZA AND ERIBERTO L. BALDOZA,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as Trustee for ALTERNATIVE LOAN TRUST 2006-OA14, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OA14; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>Defendant(s). | Case No.: C12 05966 JCS<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND CERTIFICATE OF SERVICE** |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

**PLEASE TAKE NOTICE THAT THE CLERK IS** hereby asked to enter the appearance of Leonora Baldoza and Eriberto Baldoza, pro se, as and for Christopher P. Epsha and Business Affairs Consultants Inc.  The Clerk is requested to change the docket sheet and other Court

1

1  records so as to reflect that all orders and communications from the Court be directed to the
2  address below for purpose of notice:

3
4  Leonora Baldoza, pro se
   Eriberto Baldoza, pro se
   38010 Edward Avenue
5  Fremont, CA 94536

6  The email address for Court service is:
7  lebaldoza@me.com

8  Dated: April 4, 2013                          *signature*
9                                                Leonora Baldoza

10 Dated: April 4, 2013                          *signature*
                                                 Eriberto Baldoza
11

12 I consent to the above substitution.
                                                 BUSINESS AFFAIRS CONSULTANTS INC.
13

14 Dated: April 4, 2013                          /s/Christopher P. Epsha
15                                               Christopher P. Epsha
                                                 Attorney for Plaintiffs
16
   I accept the above substitution.
17
   Dated: April 4, 2013                          *signature*
18                                               Leonora Baldoza, pro se

19 Dated: April 4, 2013                          *signature*
20                                               Eriberto Baldoza, pro se

21 IT IS HEREBY ORDERED that the email address for Leonara Baldoza will not be added
22 to the Court's docket. Plaintiffs must file a Motion For Permission for Electronic Case
   Filing.
23 Dated: 4/9/13

   *Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero*

                                    2
   Baldoza v. BOA et al.              Substitution of Counsel and Certificate of Service

# CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of California that I am at least 18 years of age, not a party to this action.

I am a resident of Los Angeles, California where the mailing took place.

My business address is: 1800 Century Park East, Suite 600, Los Angeles, CA 90067.

On the date set forth below, I served a copy of the following documents:

**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS**

by enclosing them in an envelope AND depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.

The envelope was addressed and mailed as follows:

George Keller
Bryan Cave LLP
333 Market Street, 25th Floor
San Francisco, CA  94015

Leonora Baldoza
Eriberto Baldoza
38010 Edward Avenue
Fremont, CA 94536

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: April 8, 2013                                         /s/Christopher P. Epsha
                                                                        Christopher P. Epsha

3

Baldoza v. BOA et al.                            Substitution of Counsel and Certificate of Service