Law Office of Nicole A. Reyes
Nicole A. Reyes, California Bar #255822
24301 Southland Drive, Suite 404
Hayward, CA 94545
Telephone: (510) 415-4582
Facsimile:  (510) 372-0145
nicolereyeslaw@gmail.com

Attorney for Plaintiffs
LEONORA ONG BALDOZA and ERIBERTO L. BALDOZA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONORA O. BALDOZA and ERIBERTO L. BALDOZA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as Trustee for ALTERNATIVE LOAN TRUST 2006-OA14, MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2006-0a14; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br>　　　　　　　Defendant(s) | Case No.: 3:12-CV-05966 JCS<br><br>Honorable Joseph C. Spero<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY AND CERTIFICATE OF SERVICE** |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN: NOTICE IS HEREBY GIVEN THAT, subject to approval by the court, Plaintiffs Leonora O. Baldoza and Eriberto L. Baldoza substitute Nicole A. Reyes of the Law Office of Nicole A. Reyes, State Bar

Number 255822, as counsel of record in place of Plaintiffs Leonora O. Baldoza and Eriberto L. Baldoza, Pro Se.

Contact information for new counsel is as follows:

    Law Office of Nicole A. Reyes
    24301 Southland Drive, Suite 404
    Hayward, CA 94545
    Telephone: (510) 415-4582
    Facsimile: (510) 372-0145
    E-mail: nicolereyeslaw@gmail.com

I consent to the above substitution.

Date: April 30, 2013　　　　　　　　　　　　　　　/s/ Leonora O. Baldoza
　　　　　　　　　　　　　　　　　　　　　　　　Leonora O. Baldoza
　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Eriberto L. Baldoza
　　　　　　　　　　　　　　　　　　　　　　　　Eriberto L. Baldoza
　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff

I consent to the above substitution.

Date: April 30, 2013　　　　　　　　　　　　　　　/s/ Nicole A. Reyes
　　　　　　　　　　　　　　　　　　　　　　　　Nicole A. Reyes
　　　　　　　　　　　　　　　　　　　　　　　　New Attorney for Plaintiffs

The substitution of attorney is hereby approved and SO ORDERED.

Dated:   5/7/13
　　　　　　　　　　　　　　　　　　　　　　　　Judge [signature — Judge Joseph C. Spero]

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

AND CERTIFICATE OF SERVICE  -  2

CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of California that I am at least 18 years of age and not a party to this action. I am a resident of Alameda County, California where the mailing took place. My business address is 24301 Southland Drive, Suite 404, Hayward, CA 94545.

On the date set forth below, I served a copy of the following documents:

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

by enclosing them in an envelope and depositing the sealed envelope with the United States Postal Service with the postage fully prepaid, to the party and address below:

> George H. Keller
> Bryan Cave, LLP
> 333 Market Street, 25th Floor
> San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 3, 2013                   */s/* Nicole A. Reyes
                                     Nicole A. Reyes